United States District Court
Southern District of Texas
FILED

MAY 3 1 2011

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11-cv-01489 |
|---|---|---|---|
| Ginny Begin ||||
| *versus* ||||
| AstraZeneca, L.P. and AstraZeneca Pharmaceuticals, L.P. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Bonnie L. Gallivan<br>Ice Miller LLP<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282<br>(317) 236-2100<br>8375-49 |
|---|---|
| Seeks to appear for this party: | AstraZeneca, L.P. and AstraZeneca Pharmaceuticals, L.P. |
| Dated:      5/25/2011 | Signed: *[signature: Bonnie L. Gallivan]* |

| The state bar reports that the applicant's status is: **Active** ||
|---|---|
| Dated: 31 May 11 | Clerk's signature: *[signature: S. Austin]* |

Order    This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                   United States District Judge