IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GINNY BEGIN | § |
| Plaintiff, | § |
| versus | § CIVIL. ACTION NO. H-11-1489 |
| ASTRAZENCA, L.P., et al. | § |
| Defendants. | § |

ORDER OF DISMISSAL

In accordance with the Notice of Dismissal Without Prejudice as to all Defendants (Doc. #21) filed on July 5, 2011, this cause of action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this 6th day of July, 2011, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE